UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
ORVILLE BERNARD GLAZE JR,                  :
                                           :
               Plaintiff,            :  Case No.: 1:20-cv-06118
                                           :
    -against-                            :
                                           :
BENEFYTT TECHNOLOGIES INC., GAVIN          :
SOUTHWELL, PAUL G. GABOS, PAUL E.          :
AVERY, ANTHONY J. BARKETT, JOHN            :
FICHTHORN, ROBERT S. MURLEY, and           :
PEGGY B. SCOTT,                            :
                                           :
               Defendants.           :
------------------------------------------ X

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: August 26, 2020

**OF COUNSEL:**

**ADEMI & O'REILLY, LLP**
Guri Ademi
Jesse Fruchter
3620 East Layton Avenue
Cudahy, Wisconsin 53110
Tel: (414) 482-8000
Fax: (414) 482-8001
Email: gademi@ademilaw.com
       jfruchter@ademilaw.com

*Attorneys for Plaintiff*

Respectfully Submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/ Juan E. Monteverde*_____
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: 212-971-1341
Fax: 212-202-7880

*Attorneys for Plaintiff*